IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:06-cv-02737 |
| TH HEALTHCARE, LTD., d/b/a PARK PLAZA HOSPITAL | § § § § | |
| Defendant. | § | **JURY TRIAL** |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order for Disclosure of Interested Parties, Plaintiff Equal Employment Opportunity Commission hereby discloses that the following persons may be financially interested in the outcome of this litigation:

1. Dana Hayes
2. Roderick L. Baines
3. Annette Hill
4. Lillian "Renee" Howard
5. Anne Louise Maurer
6. Maxine Marion Wigley
7. Kathleen Louise Wilson
8. TH Healthcare, Ltd.
9. Lifemark Hospitals, Inc.
10. Tenet Healthcare Corporation

Respectfully submitted,

  /s/ Timothy M. Bowne
Timothy M. Bowne
Attorney-in-Charge
Texas Bar No. 00793371
S. Dist. of Texas No. 20023

Equal Employment Opportunity
         Commission
1919 Smith Street, 6th Floor
Houston, Texas 77002
(713) 209-3395
(713) 209-3402 [facsimile]
timothy.bowne@eeoc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Certificate of Interested Parties will be served upon Defendant's counsel within a reasonable time after Plaintiff receives a copy of any pleadings or motions filed on behalf of Defendant, pursuant to Fed. R. Civ. P. 12, which disclose the identity and address of Defendant's counsel.

  /s/ Timothy M. Bowne
Timothy M. Bowne