UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Plaintiff, | § § § § § § § § § § § § | CIVIL ACTION NO. H-06-2737 |
| vs. | | |
| TH HEALTHCARE, LTD. d/b/a PARK PLAZA HOSPITAL<br>Defendant. | | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order for Disclosure of Interested Parties, Defendant TH Healthcare, Ltd., d/b/a Park Plaza Hospital hereby discloses that the following persons may be financially interested in the outcome of this litigation:

1. Equal Employment Opportunity Commission
2. Dana Hayes
3. Roderick L. Baines
4. Annette Hill
5. Lillian "Renee" Howard
6. Anne Louise Maurer
7. Maxine MarionWigley
8. Kathleen Louise Wilson
9. TH Healthcare, Ltd.
10. Tenet Healthcare Corporation

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

_____
Michael W. Fox
Texas Bar # 07335500
301 Congress Avenue, Suite 1250
Austin, Texas, 78701
(512) 344-4700 (Telephone)
(512) 344-4701 (Facsimile)
michael.fox@ogletreedeakins.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT TH HEALTHCARE, LTD.**

Of Counsel:
Michael D. Mitchell
Ogletree Deakins, Nash, Smoak & Stewart, P.C.
Texas Bar #00784615
500 Dallas Street, Suite 3000
Houston, Texas 77002
(713) 655-5756 (Telephone)
(713) 655-0020 (Facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument is being forwarded by facsimile, to Timothy M. Bowne, Equal Employment Opportunity Commission, 1919 Smith Street, 6th Floor, Houston, TX 77002, 713.209.3402, on this the 5th day of January, 2007.

_____
Michael W. Fox